APPEAL No. 76-240. FRANK J. TRIVISONNO *et al. v.* R. A. BEAUFORT & SONS, INC. This matter came before the court on plaintiffs' motion to affirm the judgment below pursuant to Rule 16(g). The defendant is ordered to file a new brief which complies with the rules of this court, specifically Rule 16(a) within 30 days of this order. *Alfred G. Thibodeau,* for plaintiffs. *Mulligan, Pariseault, Lynch & McDonald, Thomas A. Lynch,* for defendant.

APPEAL No. 76-276. AUGUSTINE BRIMBAU *v.* AUSDALE EQUIPMENT RENTAL CORPORATION. Motion of plaintiff for special assignment is granted and this case is assigned to the calendar for May 3, 1977, at 9:30 a.m., for oral argument. Bevilacqua, C.J. not participating. *Gunning, LaFazia & Gnys, Inc., Raymond A. LaFazia, Patricia Ryan Recupero, Joseph A. Kelly,* for plaintiff. *Higgins, Cavanagh & Cooney, Kenneth P. Borden,* for defendant.